[No. 32369-2-III.  Division Three.  October 6, 2015.]

ALFREDO AHUMADA ET AL., *Appellants*, v. THE KENNEWICK POLICE DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-2-02618-9, Joseph R. Schneider, J. Pro Tem., entered March 5, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.

[No. 32675-6-III.  Division Three.  October 6, 2015.]

JOSE RAMOS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 13-2-00217-9, Steven B. Dixon, J., entered October 3, 2014. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J. Now published at 191 Wn. App. 36.

[No. 32915-1-III.  Division Three.  October 6, 2015.]

*In the Matter of the Dependency of* M.G.

Appeal from a judgment of the Superior Court for Chelan County, No. 14-7-70039-6, Bart Vandegrift, J. Pro Tem., entered November 5, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Fearing, JJ.

[No. 32519-9-III.  Division Three.  October 8, 2015.]

*In the Matter of the Parental Rights to* S.W. ET AL.

Appeal from a judgment of the Superior Court for Grant County, No. 12-7-00288-1, John M. Antosz, J., entered May 7, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Lawrence-Berrey, J.